# United States Court of Federal Claims

717 MADISON PLACE, NW
WASHINGTON, DC 20439

CHAMBERS OF
JUDGE EDWARD H. MEYERS

(202) 357-6386

April 7, 2025

Directorate of Courts
Legal Assistance to Foreign Countries
22 Kanfei Nesharim Street
Jerusalem 9546435
Israel

Dear Sir or Madam,

 Enclosed you will find a request for international judicial assistance pursuant to the Hague Convention in Oxford Federal LLC v. United States (Case No. 23-737), a proceeding currently before me. I ask your assistance in document production.

 If you require any additional information, please feel free to contact me via e-mail at Meyers_chambers@cfc.uscourts.gov, or by telephone at (202) 357-6386.

Sincerely,

Edward H. Meyers
Judge