**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| OXFORD FEDERAL, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 23-737 |
| | )  (Judge Meyers) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

**<u>EXHIBIT A</u>**

I, _____ declare:

I have received a copy of the Order in this litigation. I have examined and understand the provisions of the Order.

I will comply with all of the provisions of this Order. I will hold in confidence, will not disclose to anyone other than those persons specifically authorized by the Order, and will not copy or use except for the purposes of this litigation, any Confidential Information (as defined in this Order) that I receive in this action.

Executed this _____ day of _____

at _____

I declare under penalty of perjury that the foregoing is true and correct.

_____
[Name]