IN IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| OXFORD FEDERAL, LLC, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 23-737C (Judge Meyers) |
| UNITED STATES, | ) ) | |
| Defendant. | ) ) ) | |

**<u>DEFENDANT'S MOTION TO STAY DISCOVERY</u>**

Defendant, the United States, hereby moves for a stay of discovery in the above-captioned case.

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies, including the United States Department of Defense. The Department does not know when such funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and employees of the United States Department of Defense are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of discovery in this case until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the

2

lapse in appropriations – i.e., each deadline would be extended by the total number of days of the lapse in appropriations.

    5.      Counsel for plaintiff, Oxford Federal, LLC, has authorized counsel for the Government to state that plaintiff has no objection to this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of discovery in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

s/ Douglas K. Mickle
DOUGLAS K. MICKLE
Acting Deputy Director

s/ Matthew J. Carhart
MATTHEW J. CARHART
Senior Trial Counsel
Commercial Litigation Branch, Civil Division
U.S. Department of Justice
P.O. Box 480, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 307-0313

Email: Matthew.Carhart@usdoj.gov

OF COUNSEL:

DAVID JERGER
MEGAN TOOMAN
Staff Attorney
Office of General Counsel
U.S. Army Corps of Engineers
Europe District

Attorneys for Defendant

October 1, 2025