# In the United States Court of Federal Claims

Case No.: 1:23-cv-00737-EHM

Filed: 1/12/2026

OXFORD FEDERAL, LLC

   v.                                                          NOTICE OF ASSIGNMENT TO:
                                                            ADR Judge Eric G. Bruggink

UNITED STATES OF AMERICA

    Based upon the presiding judge's request, and pursuant to Appendix H of the Rules, this case has been assigned to the above Judge for the conduct of proceedings in accordance with the Alternative Disputes Resolution procedure adopted by this court.

*[signature]*
Clerk of Court